## No. 16,659.

ZIEGLER ET AL. *v.* HAM
(239 P. [2d] 312)

Decided December 24, 1951.

PER CURIAM.    .

Judgment affirmed en banc without written opinion.

Mr. H. GORDON HOWARD, for plaintiffs in error.

Messrs. McDOUGAL & KLINGSMITH, for defendant in error.